# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

CHARLIE BRIDGES and
DON BRIDGES,                                            PLAINTIFFS,

VS.                                  CIVIL ACTION NO. 2:09CV010-P-S

UNITED STATES OF AMERICA,                            DEFENDANT.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The Government's December 22, 2009 motion to dismiss [7] is **GRANTED**; thus,

(2) The plaintiffs' claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 15th day of July, A.D., 2010.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE